ALLEN T. WILLSON, Appellant, v. POWELL Mc-DONALD, Respondent.

### No. 1760; August 26, 1869.

**Judgment—When Allowed on Pleadings.**—A motion by the plaintiff for judgment on the pleadings can be allowed only where the answer wholly fails to deny any material allegation of the complaint.

**Continuance.**—The Granting of a Motion for a Continuance is very much within the discretion of the trial court.

APPEAL from Third Judicial District, Alameda County.

A. T. Willson for appellant; W. W. Crane for respondent.

SANDERSON, J.—The court did not err in denying the motion of the plaintiff for judgment upon the pleadings. Such motions can be allowed only where the answer wholly fails to deny any material allegation of the complaint, and we are not prepared to hold that such is the case here.

Motions for continuances are very much in the discretion of the court below, and we are of the opinion that it was not abused in this instance.    The other points are considered untenable.

Judgment and order affirmed.

We concur: Sawyer, C. J.; Rhodes, J.; Crockett, J.

I dissent: Sprague, J.